UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEILA R. BELANGER-IVES,

       Plaintiff,                              Case No. 1:11-cv-296
                                              Hon. Hugh W. Brenneman, Jr.
v.

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## AMENDED JUDGMENT

       In accordance with the Order filed this date, the decision of the Commissioner is

**AFFIRMED**.

       **IT IS SO ORDERED.**


Dated:  July 31, 2015                            /s/ Hugh W. Brenneman, Jr.
                                                      HUGH W. BRENNEMAN, JR.
                                                      United States Magistrate Judge